IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS K. BECELLA, | ) | CASE NO. 8:04CV380 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| KELLOGG USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Dana E. Washington for leave to withdraw as defendant counsel (#23). The record shows that defendant continues to be represented by other counsel.

IT THEREFORE IS ORDERED that the Motion to Withdraw (#) is granted.

DATED June 1, 2005.

                                                  BY THE COURT

                                                  s/ *David L. Piester*

                                                  David L. Piester
                                                  United States Magistrate Judge