```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| THOMAS K. BECELLA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV380 |
| | ) | |
| v. | ) | |
| | ) | |
| KELLOGG USA INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The parties' joint stipulation, filing 33, is granted and,

1. Jury trial is continued to 9:00 a.m., October 24, 2005 for a duration of four days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, **Lincoln**, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as <u>Taylor v. Goodyear</u>, 4:04cv3315; and <u>Meyer v. Wal-Mart</u>, 4:05cv3003. Jury selection will be held at commencement of trial.

2. The pretrial conference will be held September 30, 2005 at 9:00 a.m. before the undersigned magistrate judge in chambers, **Lincoln**, Nebraska.

3. The deposition deadline is continued to September 16, 2005, and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4. All other provisions of the court's order setting this case for trial shall remain in effect.

DATED this 2nd day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge