IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS K. BECELLA, | ) | 8:04CV380 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| KELLOGG USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for enlargement of time (filing 40) is granted, as follows: Plaintiff shall have until September 15, 2005, to respond to Defendant's motion for summary judgment (filing 37).

August 30, 2005.                              BY THE COURT:

                                              s/ *Richard G. Kopf*
                                              United States District Judge